UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19 CR 997 SRC ) |
| DAMON LAVELL SMITH, SR., | ) ) |
| Defendant. | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR DOWNWARD VARIANCE**

Comes now the United States of America, by and through its Attorneys, Sayler Fleming, United States Attorney for the Eastern District of Missouri, and Jennifer Roy, Assistant United States Attorney for said District, and joins with Damon Lavell Smith, Sr. (hereinafter "defendant") in his request for a downward variance as follows:

1. On January 4, 2021, and on February 1, 2021, the United States Probation Office (hereinafter "USPO") filed the Disclosure Presentence Report and Final Presentence Investigation Report (hereinafter "Final PSR") respectively. [Docs. #33, 40]. The Final PSR concluded that the defendant had a Guidelines total offense level of 21 and a criminal history category of IV. (PSR, paras. 31, 41). Based on a total offense level of 21 and a criminal history category of IV, the Guideline imprisonment range is 57 to 71 months. (*Id.* at para. 80). Neither party objects to the findings included in the Final PSR.

2. On January 29, 2021, the defendant filed a Request for Downward Variance asking the Court to sentence the defendant to a 48-month term of imprisonment. [Doc. # 39]. The defendant correctly noted that this request was to be considered by this Court as a joint request of both the defendant and the Government. In so doing, the Government acknowledges that, upon consideration of the circumstances of the offense, the history

and characteristics of this offender, and the need for general deterrence and protection of the community, a 48-month sentence, which represents a nine-month variance from the bottom of the Guideline range, is a sentence that, while significant, is not greater than necessary to achieve the sentencing considerations of 18 U.S.C. §3553(a).

WHEREFORE, the Government joins the defendant in his request for a downward variance below the U.S. Sentencing Guidelines range and recommends that this Court sentence the defendant to a 48-month term of imprisonment.

Respectfully submitted,

SAYLOR FLEMING
United States Attorney


 /s/  *Jennifer J. Roy*
BY:  JENNIFER ROY, #47203MO
Assistant United States Attorney
111 South 10th Street, Rm. 20.333
St. Louis, Missouri  63102
jennifer.j.roy@usdoj.gov
314-539-2200


## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, an electronic copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Jennifer Roy*
Jennifer Roy
Assistant United States Attorney